UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Dulzia Burchette
                Plaintiff(s),

    -v-

Abercrombie & Fitch Stores, Inc.
                Defendant(s). et al.
------------------------------------------------------------X

11/20/08

## Case Management Plan

08 CV. 8786 (RMB)

The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)   Joinder of additional parties by _none foreseen, December 15th_

(ii)  Amend the pleadings by _December 15th_

(iii) All discovery to be expeditiously completed by _9/10/09 (FACT + EXPERT)_

(iv)  Consent to Proceed before Magistrate Judge _no_

(v)   Status of settlement discussions _none_

Sections vi through xi will be set at conference with the Court.

(vi)  JOINT Motions _1/15/09; 2/5/09; 2/12/09 -- ▬▬▬▬ MOTION to cover all Defs_

(vii) Oral Argument_____

(viii) Joint Pre-Trial Order to be submitted by_____

(ix)  Final Pre-Trial Conference_____

(x)   ~~Trial~~ _Take up discovery with Magistrate_

(xi)  Other _Pl chooses NOT to amend further: MOTION IS final_

SO ORDERED: New York, New York
11/20/08

RMB
Hon. Richard M. Berman, U.S.D.J.