UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DULAZIA BURCHETTE,

      Plaintiff,

  -against-

ABERCROMBIE & FITCH STORES, INC. and
ABERCROMBIE & FITCH COMPANY; and
ABERCROMBIE & FITCH TRADING
COMPANY; and MICHAEL S. JEFFRIES,
Individually and in his Official Capacity; and
JAMES LAUTENBACHER, Individually
and in his Official Capacity; and JONATHAN
LANDAU Individually and in his Official
Capacity; REGINA PARK, Individually and
in her Official Capacity,

      Defendants.
------------------------------------------------------------X

08 Civ. 8786 (RMB) (THK)

**ADMINISTRATIVE ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04.15.09

  Any opposition to Plaintiff's motion for reconsideration, dated April 14, 2009, is to be served and filed on or before April 29, 2009.

Dated: New York, New York
   April 15, 2009

                _____
                RICHARD M. BERMAN, U.S.D.J.